

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2021

No. 04-20-00477-CV

**IN THE INTEREST OF F.B.C.L., B.A.I.L., L.K.A.L., AND J.J.W.L, CHILDREN,**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01116
Honorable Laura Salinas, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating appellants' parental rights. Appellee's brief was originally due to be filed on March 8, 2021. On March 8, 2021, appellee filed a motion requesting an extension of time to file its brief.

The disposition of this appeal is governed by the standards set forth in rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal was filed. *Id.*

The motion is GRANTED, and appellee's brief must be filed no later than March 29, 2021. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of March, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court